RECEIVED
AUG 15 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

_____2nd_ Division

Ja'Tavia La'Destiny Graham

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

ORR Nissan Shreveport
Dutch Wells, Orlando Jones. and Chuck Sederick

)
)
)
)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.   5:22-cv-2730
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ja'Tavia La'Destiny Graham |
| Street Address | 2000 Jean Street |
| City and County | Bossier |
| State and Zip Code | Louisiana.71111 |
| Telephone Number | 318-393-6345 |
| E-mail Address | jrmcgee@suddenlink.net |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | Dutch Well |
| Job or Title (if known) | Orr Nissan Shreveport |
| Street Address | 1240 East Bert Kouns |
| City and County | Shreveport |
| State and Zip Code | Louisiana, 71105 |
| Telephone Number | 318-797-2424 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Orlando Jones |
| Job or Title (if known) | Orr Nissan Shreveport |
| Street Address | 1240 East Bert KOuns |
| City and County | Shreveport |
| State and Zip Code | Louisiana, 71105 |
| Telephone Number | 318-797-2424 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Chuck Sederick |
| Job or Title (if known) | Orr Nissan Shreveport |
| Street Address | 1240 East Bert Kouns |
| City and County | Shreveport |
| State and Zip Code | Louisiana, 71105 |
| Telephone Number | 318-797-2424 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Orr Nissan Shreveport |
| Job or Title (if known) | Business |
| Street Address | 1240 East Bert Kouns |
| City and County | Shreveport |
| State and Zip Code | Louisiana,71105 |
| Telephone Number | 318-797-2424 |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.    If the defendant is a corporation

The defendant, *(name)* Orr Nissan Shreveport, is incorporated under the laws of the State of *(name)* Louisiana, and has its principal place of business in the State of *(name)* Louisiana.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$3,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I purchased a 2012 Buick Verano on or about Feb.9,2022, Dutch Wells informed the salesman, Marcus Ardison to sell me the Buick. At the time the vehicle was brought to the front of store it broke down. It was taken to service, and Dutch stated that the problem was fixed. Less than three weeks the vehicle broke down again. Dutch informed me to take vehicle to GMC Shreveport. GMC stated it was the engine. Warranty wanted the engine broke down before they pay but they stated that it was a lack of maintenance and the vehicle was never serviced. Then, I proceeded to go though the chain of command with no luck. They are refusing to answer calls and when they see me pull up they hide.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask that the court order that my $3,000.00 be given back to me, and that Orr Nissan Shreveport be responsible for paying GMC Shreveport for breaking down engine, and taking this car off of my credit. I would also like $5,000.00 for punitive damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/15/2022

Signature of Plaintiff: *Ja'Tavia La'Destiny Graham*
Printed Name of Plaintiff: Ja'Tavia La'Destiny Graham

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address